**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE DECURTIS HOLDINGS LLC, *et al.*, | : | Chapter 7 |
|  | : |  |
| Debtors. | : | Bankr. Case No. 23-10548-JKS |
| _____ | : |  |
|  | : | Adv. Proc. No. 23-50413-JKS |
| INVICTUS GLOBAL MANAGEMENT LLC, | : |  |
| UNUMX, DECURTIS HOLDINGS LLC, and | : |  |
| DECURTIS LLC, | : |  |
|  | : |  |
| Appellants, | : | Civ. No. 23-919-GBW |
| v. | : | BAP No. 23-0041 |
|  | : |  |
| CARNIVAL CORPORATION, | : | Civ. No. 23-970-GBW |
|  | : | Civ. No. 23-971-GBW |
| Appellee. | : | Civ. No. 23-972-GBW |
|  | : | Civ. No. 23-973-GBW |
|  | : | Civ. No. 23-979-GBW |
|  | : | Civ. No. 23-981-GBW |

## ORDER

Pursuant to the parties' Stipulation (Civ. No. 23-919-GBW, D.I. 31), dated January 10, 2024, it is hereby ORDERED:

1.    Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, all seven of the above-captioned appeals, to the extent still pending,[1] are DISMISSED WITH PREJUDICE.

2.    Each party shall bear its own costs and expenses in connection with these appeals.

3.    The Clerk of the Court is directed to CLOSE Civ. No. 23-919-GBW, Civ. No. 23-970-GBW, Civ. No. 23-971-GBW, Civ. No. 23-972-GBW, Civ. No. 23-973-GBW, Civ. No. 23-979-GBW, Civ. No. 23-981-GBW.

---

[1] Civ. Nos. 23-970-GBW and 23-971-GBW were dismissed by parties Invictus Global Management LLC and Carnival Corporation by Order dated October 11, 2023. *See* Civ. No. 23-970-GBW, D.I. 13; Civ. No. 23-971, D.I. 13.

Entered this 11th day of January, 2024.

_____

UNITED STATES DISTRICT JUDGE